# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | | | |
|---|---|---|---|
| Date: | 3/3/2025 | Case Number: | 3:22-cv-00592 |
| Case Style: | Mills vs. Cabell County Board of Education | | |
| Type of hearing: | Summary Proceeding | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Carol Adams | Courtroom Deputy: | Terry Justice |

Attorney(s) for the Plaintiff or Government:

Kayla Reynolds

Attorney(s) for the Defendant(s):

David Rich

Law Clerk: Ally Johnson

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:30 PM | 2:45 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 15 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence 2:30 p.m.
Hearing commenced 2:30 p.m.

Jacqueline Biddle Guardian Ad Litem

Plaintiff presented the settlement.
Plaintiff's 1st witness, Teresa Mills, sworn & examined.
Guardian Ad Litem presented her report.
Settlement approved.
Guardian Ad Litem, costs, and attorney fees approved.
The parties will prepare and submit an agreed final order.

Hearing concluded 2:45 p.m.